No. 40605.—Protests 872499–G, etc., of Keuffel & Esser Co., Inc. (New York).

Opinion by Kincheloe, J. It appeared that the articles in question are boxes used for holding architectural or drawing instruments and that they are in chief value of velvet. On the authority of Abstract 24743 the claim at 5 cents per pound and 20 percent ad valorem under paragraph 1405 was sustained.